**SEALED**

**FILED**
APR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION       CASE NO. 2:18-SW-0402  CKD
   | OF THE UNITED STATES OF AMERICA
12 | THE PERSONS OF SANDIE ZHONG, AND       [PROPOSED] ORDER RE: REQUEST TO SEAL
   | MOBILE PHONES BELONGING TO OR          DOCUMENTS
13 | SUBSCRIBED TO SANDIE ZHONG,
   | BELIEVED TO HAVE PHONE NUMBERS         **UNDER SEAL**
14 | 916-599-6277, 626-382-8985 and 916-250-
   | 1267; A BLACK VOLKSWAGEN TIGUAN
15 | SUV WITH PAPER PLATES, DRIVEN BY
   | SANDIE ZHONG
16

17
                        **SEALING ORDER**
18
       Upon application of the United States of America and good cause having been shown,
19
       IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the
20
   search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to
21
   any person, unless otherwise ordered by this Court.
22

23  Dated: 4/26/2018                             _____
24                                               Hon. Carolyn K. Delaney
                                                 U.S. MAGISTRATE JUDGE
25

26

27

28

SEALING ORDER                              1